**Nathaniel MORRIS, Plaintiff—
Appellant,**

v.

**Steven MACARTHUR, Defendant—
Appellee.**

**No. 09–15425.**

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 16, 2010.*

Filed March 29, 2010.

Nathaniel Morris, pro se.

Leeann Phouthavongsay, Esquire, Deputy Attorney General, Office of Attorney General, Las Vegas, NV, for Defendant–Appellee.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Nathaniel Morris, a Nevada state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs in violation of the Eighth Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Morris failed to raise a genuine issue of material fact as to whether defendant was deliberately indifferent to Morris's alleged infection. *See id.* at 1057 (stating that a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to inmate health and safety); *Franklin v. Or., State Welfare Div.*, 662 F.2d 1337, 1344 (9th Cir.1981) ("A difference of opinion between a prisoner-patient and prison medical authorities regarding

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

treatment does not give rise to a § 1983 claim.").

Morris's remaining contentions are unpersuasive.

**AFFIRMED.**

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.